# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

July 1, 2014

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 14-8003 | Petition for Leave to take an Interlocutory Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| MOTOROLA MOBILITY LLC, *Plaintiff-Appellant*, | |
| *v.* | No. 09 C 6610 |
| AU OPTRONICS CORP., *et al.*, *Defendants-Appellees*. | Joan B. Gottschall, *Judge*. |

**O R D E R**

The panel has decided to rehear this appeal. The panel's opinion and judgment of March 27, 2014, are hereby vacated. By separate order, the court will fix a deadline for the filing of supplemental briefs and set a date for oral argument.